13-1105 David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 01/11/2013

**Case Name:** David Stebbins v. University of Arkansas, et al
**Case Number:** 13-1105

**Docket Text:**
Civil case docketed. [3993449] [13-1105]

**The following document(s) are associated with this transaction:**
Document Description: None

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. Christopher R. Johnson:
Ms. Theresa Sawyer: tjsawyer2000@yahoo.com, theresa_sawyer@arwd.uscourts.gov
Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu