# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                    APPELLANT

vs.                             Civ. No. 10-5125

UNIVERSITY OF ARKANSAS                                       APPELLEES

## MOTION FOR TRANSCRIPT

       Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following motion to this Court for a transcript of trial proceedings to be prepared at government expense.

1.      The District Court denied the motion for transcript, finding, without explanation, that all nine points mentioned in the notice of appeal were frivolous.

2.      None of the points listed in the Notice of Appeal were frivolous. There is a big difference between a case that simply fails and a case that is "frivolous." It seems as if Hendren only feels that they are frivolous because they disagree with him. Apparently, he can never be wrong.

3.      I also have a tenth point of appeal: Judge Hendren allowed the use of leading questions during direct examinations, despite my objections. This is a point of appeal that is not only non-frivolous, but

4.      Because I have a variety of non-frivolous arguments for appeal, I ask that the Court authorize a copy of the transcript at government expense.

5.      I also request that the transcript be sent to me first, so that I can see it for myself before it is sent to this Court. One of my points on appeal is that the District Court erred in considering the testimony regarding my previous experiences at another college, where reasonable accommodations were successful in eliminating any atmosphere of "threat" that I may or may not have otherwise exhibited. With the transcript, I can know, for 100% certain, if the Court Reporter took this testimony. I have been suspecting that the University of Arkansas has been pulling

strings with the District Court, so if this testimony does not appear on the transcript, that will prove it.

Wherefore, premises considered, I request that the motion for transcript be granted.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, appellant David Stebbins, do hereby certify, under penalty of perjury, that a true and correct copy of this motion was served on Appellees by allowing them to view it on ECF.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com
