# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1105

David Anthony Stebbins

Appellant

v.

University of Arkansas and Office of the Chancellor

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

**ORDER**

Appellant's motion for preparation of transcript at government expense has been considered by the court and is denied.

January 14, 2013

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans