# IMMEDIATELY

## APPEARANCE
## UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

NO. 13-1105

David Stebbins

vs.

University of Arkansas, et al

**The Clerk will enter my appearance as Counsel for the following party(s):**
**(please specify)** University of Arkansas, et al

s/ T. Scott Varady
**ATTORNEY NAME**

Univ. of Arkansas, Office of the General Counsel
**FIRM NAME**

421 Administration Building
**STREET or P.O. BOX**

Fayetteville, AR 72701
**CITY, STATE, ZIP**

479-575-5401
**OFFICE PHONE NUMBER**

479-575-5046
**FACSIMILE NUMBER**

svarady@uark.edu; harriman@uark.edu
**E-MAIL ADDRESS**

## CERTIFICATE OF SERVICE

☑ I hereby certify that on 01/17/2013, I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

☑ I further certify that some of the participants in the case are not CM/ECF users. I have mailed the foregoing document by First-Class Mail, postage prepaid, or have dispatched it to a third-party commercial carrier for delivery within 3 calendar days, to the following non-CM/ECF participants:
David Stebbins

s/ T. Scott Varady

Appellate Case: 13-1105   Page: 1   Date Filed: 01/17/2013 Entry ID: 3995508