# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1105

David Anthony Stebbins

Appellant

v.

University of Arkansas and Office of the Chancellor

Appellees

_____

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
_____

**ORDER**

Appellant's brief was due on March 4, 2013, but has not been filed. It is hereby ordered that appellant show cause, within fourteen (14) days of the date of this order, why this appeal should not be dismissed for failure to prosecute.

See 8th Cir. R. 3C.

March 12, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
         /s/ Michael E. Gans