UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                          APPELLANT

vs.                                    Civ. No. 13-1105

UNIVERSITY OF ARKANSAS                                                     APPELLEES

## RESPONSE TO SHOW CAUSE ORDER

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Court-Ordered Response to the Order to Show Cause for why the case should not be dismissed.

1.      The reason the transcript was not submitted to the Court, and the reason no brief was ever submitted either, are one in the same. Both the trial court and the 8th Circuit denied my motion for transcript at government for absolutely no official reason (the trial court said that the points of appeal were frivolous, but gave no details, like Judge Hendren is wont to do), making it impossible for me to *afford* to prosecute the appeal.

2.      My father said some things at the trial in this case that could be useful to a case in which the Public Defender's Office was representing me at the time. Thus, I suggested to Public Defender Rebekah Kennedy that they could obtain the transcript for me, and give me a copy to use in this appeal.

3.      However, Kennedy advised me that, even if I managed to obtain the transcript (which is required for the appeal), my chances of actually winning on appeal are neigh hopeless, not because the case itself is meritless[1], but because I am opposing the University of Arkansas, and the judiciary – both federal and state – always do what the University of Arkansas wants. Always.

---

[1] She knows the basics of my case, and agrees that I should win. After all, how can an appeal possibly be frivolous when I'm arguing, among other things, that A) the trial court allowed the use of leading questions in direct examination, despite my objections, and B) that the trial court failed to consider relevant and admissible evidence brought up at trial?

4.     In other words, Ms. Kennedy – who has done discrimination law in the past and has witnessed, first hand, the way the judiciary bends over for politically significant entities – has effectively advised me that the judiciary is under the UA's thumb.

5.     As a result, she advised me that my best chance to get my justice against the UA is to file a new lawsuit against their officers for government corruption.  This time, however, it would have to be in state court, and I would have to demand a *jury* trial, which means that the question of whether or not the judiciary is under the UA's thumb will be left, not to twelve battle-hardened judges and lawyers, but to twelve ordinary Joe Sixpacks who have heard a million times since birth that the government is corrupt this way.  Furthermore, I have a witness – a person with insider knowledge who can testify to first-hand experience – to back up my claim... just in case the jurors' personal life experiences aren't enough.

6.     So, really, can I "show cause why this appeal should not be dismissed for failure to prosecute?" Well, no, I can't.  If anything, this response is more a request for the Clerks to go and ahead dismiss it, so that I can get around to suing the UA's top officers, again, for corrupting the judiciary.

7.     To the extent that this answers the Court's order, this is what I have.  Just remember this one final point:  Although judicial immunity prevents the judges from being made co-defendants in the lawsuit against the UA officers, there is nothing stopping the judges from being called as witnesses in same, and at that point, I probably won't *need* Kennedy's testimony to prove that you are under UA's thumb; if your own testimony doesn't *add* up, that will count as evidence to the jury that you're *making* it up.

     Wherefore, premises considered, I pray that the Show Cause Order be dissolved, and that we just get this over with so I can get this show on the road.

It is so submitted to this court, on this 22nd day of March, 2013.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com

### **CERTIFICATE OF SERVICE**

I, appellant David Stebbins, do hereby certify, under penalty of perjury, that a true and correct copy of this motion was served on Appellees by allowing them to view it on ECF.

*David Stebbins*
David Stebbins
123 W. Ridge St.,
APT D
Harrison, AR 72601
870-204-6516
stebbinsd@yahoo.com