# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1105

David Anthony Stebbins

Appellant

v.

University of Arkansas and Office of the Chancellor

Appellees

___

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)
___

**ORDER**

Upon consideration of appellant's response to the court's March 12, 2013 order to show cause, appellant is granted to April 8, 2013 to file his brief. If the brief is not filed by that date, the appeal will be dismissed without further notice or warning.

March 25, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　/s/ Michael E. Gans