13-1105  David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 04/09/2013

**Case Name:** David Stebbins v. University of Arkansas, et al
**Case Number:** 13-1105

**Docket Text:**
**BRIEF FILED** - APPELLANT BRIEF filed by Mr. David Anthony Stebbins. w/service 04/09/2013 , Length: 20 pgs
**Brief of Office of the Chancellor and University of Arkansas due on 05/09/2013** [4023212] [13-1105]

**The following document(s) are associated with this transaction:**
Document Description:  Brief FIled

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu