UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID STEBBINS                                                                    APPELLANT

v.                                          No: 13-1105

UNIVERSITY OF ARKANSAS and
OFFICE OF THE CHANCELLOR                                                          APPELLEES

## MOTION FOR EXTENSION OF TIME

Appellees, University of Arkansas and the Office of the Chancellor (collectively, the "University" or "Appellees"), acting through their undersigned counsel, submit this Motion for Extension of Time pursuant to Fed. R. App. P. 26(b) and 8th Cir. R. 27A(a)(2) for the following reasons.

1. Appellees' Brief in response to Appellant's opening Brief is currently due on Thursday, May 9, 2013. This Motion, therefore, is timely filed.

2. Appellees' counsel needs additional time to file Appellees' Brief due to other pending University litigation matters and deadlines, counsel's pre-existing travel schedule on business-related activity, and various transactional and other legal issues relating to the end of the institution's academic year in May, 2013.

3. Appellant, David Stebbins, will not suffer any prejudice by granting this extension of time, and the record reflects that he has benefitted from additional time to submit his opening Brief following the issuance of a Show Cause Order.

1

Appellate Case: 13-1105    Page: 1    Date Filed: 04/30/2013 Entry ID: 4031033

4. Appellees respectfully request an extension of time to and including Thursday, May 23, 2013, to file their Brief in response to Appellant's opening Brief.

5. This Motion is made in good faith and not for the purpose of delay.

WHEREFORE, Appellees University of Arkansas and the Office of the Chancellor respectfully pray that this Motion be granted and that the deadline for filing their Brief be extended to and including Thursday, May 23, 2013.

Respectfully submitted,

/s/ T. Scott Varady
T. SCOTT VARADY
Associate General Counsel
Arkansas Bar No. 93172
University of Arkansas
421 Administration Building
Fayetteville, AR 72701
Phone: (479) 575-5401
svarady@uark.edu

COUNSEL FOR APPELLEES

# CERTIFICATE OF SERVICE

      I certify that on April 30, 2013, I electronically filed the foregoing Motion for Extension of Time with the Clerk for the United States Court of Appeals for the Eighth Circuit by using the CM/ECF system. I further certify that I have caused a copy of the foregoing Motion for Extension of Time to be served upon Appellant David Stebbins via U.S. First-Class Mail at the following address:

David A. Stebbins  
123 W. Ridge St.  
Apt. D  
Harrison, AR 72601

                                              By:    /s/ T. Scott Varady  
                                                         T. SCOTT VARADY  
                                                         Associate General Counsel

                                                         COUNSEL FOR APPELLEES