# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 13-1105

David Anthony Stebbins

Appellant

v.

University of Arkansas and Office of the Chancellor

Appellees

___

Appeal from U.S. District Court for the Western District of Arkansas - Fayetteville
(5:10-cv-05125-JLH)

___

**ORDER**

Appellee's motion for extension of time to file the brief is granted. Appellee may have until May 23, 2013 to file the brief.

April 30, 2013

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
___
/s/ Michael E. Gans