13-1105  David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 05/22/2013

**Case Name:** David Stebbins v. University of Arkansas, et al
**Case Number:** 13-1105

**Docket Text:**
**BRIEF FILED** - APPELLEE BRIEF filed by Office of the Chancellor and University of Arkansas, w/service 05/22/2013 , Length: 26 pgs
**10 COPIES OF PAPER BRIEFS FROM Office of the Chancellor and University of Arkansas due 05/28/2013 WITH revised certificate of service for paper briefs** [4038360] [13-1105] ***THE DEADLINE FOR APPELLANT'S REPLY BRIEF BE WILL BE SET UPON RECEIPT OF APPELLEES PAPER BRIEFS.***

**The following document(s) are associated with this transaction:**
Document Description:  br f

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu