UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

DAVID A. STEBBINS                                                                      APPELLANT

vs.                                        Civ. No. 13-1105

UNIVERSITY OF ARKANSAS                                                         APPELLEES

## REPLY BRIEFING

Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following Reply to the Appellee's Response Briefing.

1. Appellee argues that the appeal should be dismissed for want of a trial transcript. This, however, pleasantly dances around the fact that... *asked for the transcript*, but the motion for it was denied, without any explanation, literally less than twenty-four hours (excluding weekends) after it was filed, proving that this Court already had its mind made up about the motion before it even read the blasted thing.

2. This means that this Court is not impartial, and I intend to petition the Supreme Court to vacate the judgment that it is going to enter against me. Whether this Court is under the UA's thumb, or if it simply dislikes me, my right to an impartial judiciary has been taken from me, and now that I finally have something solid with which to prove that there is a bias against me (that is... the instantaneous explanationless denial of a motion I clearly was entitled to), I anticipate that the Supreme Court may be willing to hear the case.

3. Aside from that, Appellee says that the arbitration issue should be dismissed because it was already dismissed for lack of a timely appeal. However, Appellee misunderstood the original appeal; it was an instant appeal of a nondispositive order. Therefore, the lack of timeliness only applied to the instant appeal. Therefore, the Court may still stand in review of the issue in this case.

4. Because Appellee has not offered any argument as to why the arbitration issue should be affirmed (this time for good) then the arguments I incorporated from the previous case remain unopposed.

5. Aside from that, there is nothing I can say in response to the rest of Appellee's arguments that were not already said a thousand times before. I simply defer you to the Appellant Briefing.

Wherefore, premises considered, I request (but am not hopeful) that the judgment be vacated or reversed.

David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com

## CERTIFICATE OF SERVICE

I, appellant David Stebbins, do hereby certify, under penalty of perjury, that a true and correct copy of this motion was served on Appellees by allowing them to view it on ECF.

David Stebbins<br>
123 W. Ridge St.,<br>
APT D<br>
Harrison, AR 72601<br>
870-204-6516<br>
stebbinsd@yahoo.com