13-1105  David Stebbins v. University of Arkansas, et al

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 06/11/2013

**Case Name:**  David Stebbins v. University of Arkansas, et al
**Case Number:**  13-1105

**Docket Text:**
**BRIEF FILED** - APPELLANT REPLY BRIEF filed by Mr. David Anthony Stebbins. w/service 06/11/2013 , Length: 2 pages
[4044329] [13-1105]

**The following document(s) are associated with this transaction:**
Document Description:  brief

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Mr. David Anthony Stebbins: stebbinsd@yahoo.com
Mr. Thomas Scott Varady: svarady@uark.edu, harriman@uark.edu