# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 21, 2014

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO  63102

      Re:   David Anthony Stebbins
            v. University of Arkansas
           No. 13-9288
           (Your No. 13-1105)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on March 17, 2014 and placed on the docket March 21, 2014 as No. 13-9288.

                              Sincerely,

                              **Scott S. Harris**, Clerk

                              by

                              Michael Duggan
                              Case Analyst