**Michael E. Gans**
*Clerk of Court*

**VOICE (314) 244-2400**
**FAX (314) 244-2780**
**www.ca8.uscourts.gov**

## MEMORANDUM

**TO:**      Mr.  Christopher R. Johnson

**FROM:**    Michael E. Gans, Clerk of Court

**DATE:**    May 21, 2014

**RE:**      13-1105  David Stebbins v. University of Arkansas, et al

         District Court/Agency Case Number(s):   5:10-cv-05125-JLH

---

Enclosed is a letter received from the United States Supreme Court stating that an order has been filed denying certiorari in the above case.

SRD